DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
OGLETREE, ROBERT ANTHONY

Case No. 07-02410-PCW13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $33.47, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 13 | NCO FINANCIAL SYSTEMS, INC.<br>PO BOX 41567<br>PHILADELPHIA, PA 19101 | $33.47 |

Dated: November 08, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 4875250*   *11-10-10*   *$33.47*

07-02410-PCW13   Doc 63   Filed 11/10/10   Entered 11/12/10 10:54:21   Pg 1 of 1